In the Matter of the Objection of ALBERT E. MEYER, Respondent, to the Nominating Petition Filed with the Board of Elections of the City of New York, Purporting to Nominate EDWIN H. BUHLER, Appellant, as Nominee for the Office

of Alderman, Fifty-eighth Aldermanic District, Borough of Queens, City of New York, State of New York, for the Election to be Held on November 5, 1935.— Order declaring invalid the nominating petition of Edwin H. Buhler as nominee for the office of alderman, fifty-eighth aldermanic district of the borough of Queens under the Fusion party emblem and restraining the board of elections from printing his name for use on the voting machines or in any way giving effect to his petition affirmed, without costs, on authority of *Matter of Brady* v. *Siegal* (*ante*, p. 561), decided herewith. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.